NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1023

AMERICAN SIGNATURE, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE
and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade
in case no. 09-CV-0400, Judge Leo M. Gordon.

ON MOTION

Before RADER, CLEVENGER, DYK, Circuit Judges.

PER CURIAM.

## O R D E R

American Signature, Inc. (ASI) moves for an injunction, pending disposition of its appeal challenging the denial of a motion for a preliminary injunction by the United States Court of International Trade. The United States and the American Furniture Manufacturers Committee for Legal Trade et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 28, 2009 injunction is continued. The request for a bond is denied.

(2)    Briefing is expedited.  The parties shall file simultaneous briefs.  The appellant and the appellees shall file their briefs no later than November 12, 2009.  The joint appendix is also due on November 12, 2009.  Oral argument will be held on November 20, 2009.

FOR THE COURT

NOV 0 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Jeffrey S. Grimson, Esq.
       Stephen Carl Tosini, Esq.
       Joseph W. Dorn, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK

2010-1023                                    - 2 -